# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SIERRA CLUB,** | : | **CIVIL ACTION NO. 1:18-CV-1042** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **TALEN ENERGY CORPORATION AND BRUNNER ISLAND, LLC,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 4th day of September, 2018, upon consideration of the consent decree (Doc. 3) entered into by the parties, which decree was approved by order (Doc. 18) of the court on August 31, 2018, it is hereby ORDERED that the Clerk of Court shall administratively CLOSE this matter for statistical purposes only.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania